**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EDDIE V. OLIVER, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   26-01048 (UNA) |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM OPINION</u>

Plaintiff, appearing *pro se*, has filed a form complaint and an application to proceed *in forma pauperis* (IFP).  For the following reasons, the court grants the IFP motion and dismisses the complaint.

Plaintiff, a resident of Columbus, Ohio, sues the United States, Middle East, Iraq, Iran, Afghanistan, and various individuals for reasons unknown.  He demands $500,000.00.  Compl., ECF No. 1 at 4.  In the statement of claim section of the complaint, Plaintiff begins "Delta Sigma Theta Hazing resulting to a death in North Carolina and Omega Psi Phi Hazing resulting an open terrorist attack in front of the Pentagon."  *Id*.  He asserts, among other mystifying things, that "Eddie Oliver Jr. is on a life imprison charge from 1993" and that the U.S. Marshal's "office has suggested that [t]hey turned" Oliver Jr. "into the Bureau of Prison, Columbus Ohio" as an "attempt[] to cover up the high crime and falsified release of" Oliver Jr. "by suggest[ing] that [plaintiff] Eddie Oliver III was schizophrenic and psychotic."  *Id*.  The five-page complaint continues in this incomprehensible manner and includes more than 1,600 pages of exhibits, ECF Nos. 1-2 through 1-7.

Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and "postulating events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), are frivolous actions subject to dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).  Therefore, this case will be dismissed  by separate order.

_____/s/_____
TANYA S. CHUTKAN

Date: June 23, 2026                     United States District Judge

2